November 16, 1978.

M. P. No. 77-43. GERTRUDE M. JAYNE FOWLER *v.* TITLE INVESTMENT COMPANY OF AMERICA. Appellant's motion for an extension of the time for filing her brief is denied. This appeal is hereby dismissed, provided, however, that if appellant shall file her brief on or before December 1, 1978, this appeal shall thereupon be automatically reinstated. *Gertrude M. Jayne Fowler*, pro se, appellant. *John E. Martinelli*, for appellee.

M. P. No. 78-227. STATE EX REL. MAURICE CAOUETTE *v.* RAYMOND R. FISH. Petitioner having failed to supply such parts of the record as would be essential to an evaluation of the evidentiary claims asserted, the petition for writ of certiorari is denied. *Julius C. Michaelson*, Attorney General, *John S. Foley*, Special Assistant Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for plaintiff-respondent. *Aram K. Berberian*, for defendant-petitioner.

M. P. No. 78-230. EDNA ROSE MONGEON *v.* BERNARD CYRIL MONGEON. The petition for writ of certiorari is denied without prejudice to petitioner's seeking review at some later date of any order of the Family Court directing distribution of the proceeds from the sale of the marital domicile of the parties. *Kirshenbaum & Kirshenbaum, Albert John Mainelli, Alfred Factor*, for plaintiff-respondent. *Lovett and Linder, Ltd., Robert M. Brennan*, for defendant-petitioner.

M. P. No. 78-241. DAVID LAWTON, *Executor, v.* THE GOODYEAR TIRE AND RUBBER CO., *et al.* The petition for writ of certiorari is denied. *Decof, Weinstein & Mandell, Mark S. Mandell, Martin W. Aisenberg*, for plaintiff-respondent. *Roberts & Willey Incorporated, David W. Carroll*, for defendants-petitioners.

